IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE


LUIS BULTRON,                    )
                                 )
          Petitioner,            )
                                 )
v.                               )          Civil Action No. 06-708-GMS
                                 )
THOMAS CARROLL,                  )
Warden, ATTORNEY                 )
GENERAL OF THE STATE             )
OF DELAWARE,                     )
                                 )
          Respondents.           )


**O R D E R**

WHEREAS, you have filed a form petition for federal

habeas corpus relief pursuant to 28 U.S.C. § 2254 and requested

leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915;

and

WHEREAS, based on the information in your affidavit,

your request to proceed in forma pauperis is granted; and

WHEREAS, the Antiterrorism and Effective Death Penalty

Act of 1996 ("AEDPA"), 28 U.S.C. § 2244, effectively precludes

petitioners from filing a second or subsequent habeas petition

except in the most unusual of circumstances; and

WHEREAS, the United States Court of Appeals for the Third Circuit has mandated that, before ruling on the merits of a your petition, you must be given notice that the AEDPA applies to your pending petition, see United States v. Miller, 197 F.3d 644 (3d Cir. 1999) and Mason v. Meyers, 208 F.3d 414 (3d Cir. 2000).

NOW, THEREFORE, IT IS ORDERED this 26th day of January, 2007 that, on or before February 28, 2007, you must file the attached election form with the court.  Failure to timely return the completed election form will result in the court's ruling on your pending petition as filed.

_____
United States District Judge

FILED

JAN 2 6 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE


LUIS BULTRON,                    )
                                 )
            Petitioner,          )
                                 )
v.                               )          Civil Action No. 06-708-GMS
                                 )
THOMAS CARROLL,                  )
Warden, ATTORNEY                 )
GENERAL OF THE STATE             )
OF DELAWARE,                     )
                                 )
            Respondents.         )


### AEDPA ELECTION FORM

1. _____    I wish the Court to rule on my § 2254 petition as currently pending. I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this petition will be my one opportunity to seek federal habeas corpus relief.

2. _____    I wish to amend my § 2254 petition to include all the grounds I have. I will do so within thirty (30) days. I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this amended all-inclusive petition will be my one

opportunity to seek federal habeas corpus
relief.

3. _____    I wish to withdraw my § 2254 petition
without prejudice to file one all-inclusive
petition in the future; that is, one
that raises all the grounds I have for
federal habeas corpus relief.  I realize
this all-inclusive petition must be filed
within the one-year period as defined by
28 U.S.C. § 2244(d).  See Swartz v. Meyers,
204 F.3d 417 (3d Cir. 2000).

4. _____    I am not seeking federal habeas corpus
relief under § 2254.  I am instead seeking
relief under _____.

_____

Petitioner