IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

LUIS BULTRON, )
 )
      Petitioner, )
 )
v. ) Civil Action No. 06-708-GMS
 )
THOMAS CARROLL, )
Warden, ATTORNEY )
GENERAL OF THE STATE )
OF DELAWARE, )
 )
      Respondents. )



BD scanned

**AEDPA ELECTION FORM**

1. X  I wish the Court to rule on my § 2254 petition as currently pending. I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this petition will be my one opportunity to seek federal habeas corpus relief.

2. _____  I wish to amend my § 2254 petition to include all the grounds I have. I will do so within thirty (30) days. I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this amended all-inclusive petition will be my one

opportunity to seek federal habeas corpus relief.

3. _____   I wish to withdraw my § 2254 petition without prejudice to file one all-inclusive petition in the future; that is, one that raises all the grounds I have for federal habeas corpus relief. I realize this all-inclusive petition must be filed within the one-year period as defined by 28 U.S.C. § 2244(d). See Swartz v. Meyers, 204 F.3d 417 (3d Cir. 2000).

4. _____   I am not seeking federal habeas corpus relief under § 2254. I am instead seeking relief under _____.

*Luis Bultron*          DATE- 1-30-07
Petitioner

IM Luis Buktron
SBI# 229703  UNIT 21-A-U-1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977



WILMINGTON DE 197
30 JAN 2007 PM 3 T

OFFICE THE CLERK
United States District Court
844 N. King Street, LockBox-18
Wilmington Delaware
19801-3570