D.I. #_____

# CIVIL ACTION
# NUMBER: 06-708 (GMS)

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

| U.S. Postal Service | |
|---|---|
| **CERTIFIED MAIL RECEIPT** | |
| (Domestic Mail Only; No Insurance Coverage Provided) | |
| Postage | $ 1.35 |
| Certified Fee | 2.40 |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.60 |

7005 1820 0004 3169 7210

Postmark Here — RODNEY SQ STA WILMINGTON DE 19801 FEB 7 USPS

Sent To: WARDEN TOM CARROLL    06-708 GMS
Street, Apt. No., or PO Box No.: DELAWARE CORRECTIONAL CENTER
1181 PADDOCK RD.
City, State, ZIP+4: SMYRNA, DE 19977

PS Form 3800, June 2002    See Reverse for Instructions



FILED
FEB -7 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE