D.I. # _____

# CIVIL ACTION
# NUMBER: 06-708 (GMS)

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

```
U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

OFFICIAL USE

Postage                              $  1.35
Certified Fee                           2.40
Return Receipt Fee                      1.85
(Endorsement Required)
Restricted Delivery Fee
(Endorsement Required)
Total Postage & Fees            $    5.60

Sent To   LOREN MEYERS
          DEPUTY ATTORNEY GENERAL   06-708 GmS
Street, Apt. No.  820 N. FRENCH STREET
or PO Box No.
City, State, ZIP+4  WILMINGTON, DE 19801

7005 1820 0004 3169 7241

PS Form 3800, June 2002        See Reverse for Instructions
```



FILED
FEB -7 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE