**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **LUIS BULTRON,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civ.Act.No. 06-708-GMS |
| | ) | |
| **THOMAS CARROLL**, Warden | ) | |
| and **JOSEPH R. BIDEN, III**, Attorney | ) | |
| General for the State of Delaware | ) | |
| | ) | |
| Respondents. | ) | |

**NOTICE OF FILING OF STATE COURT RECORDS**

1.  Notice is hereby given that certified copies of the following Delaware State Court documents have been manually filed with the Court and are available in paper form only:

a. Superior Court Criminal Docket ID#0403006285

b. December 16, 2004 Letter

c. Post-Trial and Sentencing Memorandum, Silverman, J. (January 20, 2005)

d. Defendant's Response to Post-Trial and Sentencing Memorandum

e. Appellant's Opening Brief and Appendix (62, 2006)

f. Appellant's Supplementary Memorandum (62, 2006)

g. State's Answering Supplemental Memorandum (62, 2006)

h. Opinion (62, 2006)

/s/ James T. Wakley
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 4612

DATE: May 31, 2007

1

CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2007, I electronically filed a notice of filing of

state court records with the Clerk of Court using CM/ECF and manually filed the state

court records referenced therein.  I also certify that on May 31, 2007, I have mailed by

United States Mail, two copies of the notice and one copy of the documents referenced

therein to the following non-registered participant:

Luis Bultron
SBI No. 00229703
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

/s/ James T. Wakley
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 4612

DATE: May 31, 2007