TO: CLERK OF THE )
    COURT )
     )
RE: LUIS BULTRON, ) CIVIL ACTION NO 06-708-GMS
    V )
     )
THOMAS CARROLL, )
WARDEN, ATTORNEY )
GENERAL OF THE STATE )
OF DELAWARE )
     )

2007 AUG -8 PM 12:00
CLERK US DISTRICT COURT
DISTRICT OF DELAWARE

IM WRITTING TO FIND OUT THE STATUS OF MY CASE, AND TO LET YOU KNOW I WAS TRANSFERED FROM DELAWARE CORRECTIONAL CENTER ON APRIL 17TH 2007. TO - SUSSEX CORRECTIONAL INSTITUTION PO-BOX 500 GEORGETOWN DEL, 19947

SINCE THEN I HAVE NOT RECIEVED ANY LEGAL MAIL ABOUT MY CASE CAN YOU PLEASE LET ME KNOW WHATS GOING ON THANK YOU

Luis Bultron
SBI# 229703

LUIS BULTRON - 229703
SCI
PO-BOX 500
GEORGETOWN DEL 19947

I/M: Luis Bustico 239703 BLDG: MEU-C
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
844 N. King Street LockBox-18
Wilmington, Delaware
19801-3570

LEGAL MAIL

U.S.M.S. X-RAY