OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 13, 2007

TO:  Luis Bultron
     SBI# 229703
     Sussex Correctional Institution (SCI)
     P.O. Box 500
     Georgetown, DE 19947

*RE: Status of 06-708(GMS)*

Dear Mr. Bultron:

This office received a letter from you requesting the status of your case. Your case is assigned to the Honorable Gregory M. Sleet, and is pending before the Court. You will be advised by the Court as to further developments in your case.

I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claim which you may be alleging.

Sincerely,

/ead

PETER T. DALLEO
CLERK

cc:  The Honorable Gregory M. Sleet
enc: Docket Sheet